# Third District Court of Appeal

**State of Florida**


Opinion filed August 27, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-933
Lower Tribunal No. 13-4495
_____


**Bank of America, N.A.,**
Appellant,

vs.

**Daniel Scott Taccone,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Norma S. Lindsey, Judge.

Kahane & Associates and H. Michael Muñiz (Plantation), for appellant.

Dennis R. Haber, for appellee.


Before WELLS, EMAS and FERNANDEZ, JJ.

PER CURIAM.

Based upon Appellee's confession of error, and our own review of the record, we conclude that the trial court erred in denying Appellant's motion seeking to vacate the trial court's earlier order of dismissal. We reverse and remand the March 25, 2014 order with directions to vacate the dismissal order entered on January 10, 2014.